UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **TexasFile, LLC.**<br><br>    Plaintiff,<br><br>    v.<br><br>**Tyler Technologies, Inc.,**<br><br>    Defendant. | Civil Action No. 4:13cv00635 |

### DEFENDANT TYLER TECHNOLOGIES, INC.'S JURY DEMAND

Pursuant to General Order 13-11, and Local Rule CV-38(a), Defendant Tyler Technologies, Inc. respectfully demands a trial by jury on all issues so triable.

Dated: November 21, 2013.                      Respectfully submitted,

                                                                  /s/ *Jennifer Klein Ayers*
                                                                  John F. Sullivan, *Lead Attorney*
                                                                    Texas State Bar No. 19485010
                                                                    john.sullivan@klgates.com
                                                                  **K&L Gates LLP**
                                                                  1000 Main St.
                                                                  Suite 2550
                                                                  Houston, TX  77002
                                                                  713.815.7330
                                                                  713.815.7301 *Facsimile*

Craig Budner
  Texas State Bar No. 03313730
  craig.budner@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 *Facsimile*

**ATTORNEYS FOR DEFENDANT
TYLER TECHNOLOGIES INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that pursuant to Local Rule CV-5(a)(3), all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on November 21, 2013.

*/s/  Jennifer Klein Ayers*
Jennifer Klein Ayers