IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TexasFile, LLC.<br><br>Plaintiff,<br><br>v.<br><br>Tyler Technologies, Inc.,<br><br>Defendant. | CIV. A. NO. 4:13-cv-00635 |

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT TYLER TECHNOLOGIES, INC.

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as lead counsel of record on behalf of Defendant Tyler Technologies, Inc.:

> John F. Sullivan III
>   Texas Bar No. 19485010
>    john.sullivan@klgates.com
> **K&L GATES LLP**
> 1000 Main Street, Suite 2550
> Houston, TX 77002
> 713-815-7330
> 713-815-7301 *Facsimile*

Dated: November 21, 2013                           Respectfully submitted,

    /s/ *John F. Sullivan III*
   John F. Sullivan III, *Lead Attorney*
     Texas State Bar No. 19485010
     john.sullivan@klgates.com
 **K&L Gates LLP**
  1000 Main St.
  Suite 2550
  Houston, Texas 77002
  713.815.7330
  713.815.7301 *Facsimile*

  Craig Budner
    Texas State Bar No.03313730
    craig.budner@klgates.com
  Jennifer Klein Ayers
    Texas State Bar No. 24069322
    jennifer.ayers@klgates.com
  **K&L Gates LLP**
  1717 Main St.
  Suite 2800
  Dallas, TX  75201
  214.939.5500
  214.939.5849 *Facsimile*


  **ATTORNEYS FOR DEFENDANT**
  **TYLER TECHNOLOGIES, INC.**

**CERTIFICATE OF SERVICE**

     Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(a)(3), I hereby certify that all counsel of record who have appeared in this case are being served today with a copy of the foregoing via the Court's CM/ECF system.

Dated: November 21, 2013

                                                */s/ John F. Sullivan III*
                                                John F. Sullivan III