IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TexasFile, LLC.<br><br>        Plaintiff,<br><br>    v.<br><br>Tyler Technologies, Inc.,<br><br>        Defendant. | CIV. A. NO. 4:13-cv-00635 |

NOTICE OF APPEARANCE OF COUNSEL FOR
DEFENDANT TYLER TECHNOLOGIES, INC.

PLEASE TAKE NOTICE that the following individual hereby enters his appearance as counsel of record on behalf of Defendant Tyler Technologies, Inc.:

> Craig W. Budner
>   Texas Bar No. 03313730
>     craig.budner@klgates.com
> **K&L G**ATES **LLP**
> 1717 Main Street, Suite 2800
> Dallas, TX 75201
> 214-939-5500
> 214-939-5849 *Facsimile*

Dated: November 21, 2013          Respectfully submitted,

  /s/ *Craig W. Budner*
John F. Sullivan, *Lead Attorney*
  Texas State Bar No. 19485010
  john.sullivan@klgates.com
**K&L Gates LLP**
1000 Main St.
Suite 2550
Houston, Texas 77002
713.815.7330
713.815.7301 *Facsimile*

Craig W. Budner
  Texas State Bar No.03313730
  craig.budner@klgates.com
Jennifer Klein Ayers
  Texas State Bar No. 24069322
  jennifer.ayers@klgates.com
**K&L Gates LLP**
1717 Main St.
Suite 2800
Dallas, TX  75201
214.939.5500
214.939.5849 *Facsimile*


**ATTORNEYS FOR DEFENDANT**
**TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(a)(3), I hereby certify that all counsel of record who have appeared in this case are being served today with a copy of the foregoing via the Court's CM/ECF system.

Dated: November 21, 2013

*/s/ Craig W. Budner*
Craig W. Budner