IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXASFILE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-00635 |
| | § | |
| TYLER TECHNOLOGIES, INC., | § | |
| d/b/a TEXFILE.COM, | § | |
| | § | |
| Defendant. | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM**

TO THE HONORABLE COURT:

Plaintiff TexasFile, LLC ("Plaintiff") files this Unopposed Motion to Extend Deadline to Answer or Otherwise Respond to Defendant's Counterclaim, and respectfully states as follows:

1. Plaintiff respectfully request an extension until December 20, 2013 to answer, move, or otherwise respond the counterclaim alleged by Defendant in its Answer and Additional Defenses to Plaintiff's Original Complaint, filed November 21, 2013.  Doc. No. 6.

2. The requested extension is not for delay only but so that justice may be done.  The extension does not interfere with any other scheduling deadline of the Court in this case or prejudice any party.

6. As indicated in the Certificate of Conference below, Counsel for Defendant is unopposed to the extension sought by this motion.

## **PRAYER**

For the reasons expressed above, Defendants respectfully request that the deadline to answer, move, or otherwise respond to Defendant's counterclaim be extended until December 20, 2013.

Date:  December 11, 2013                             Respectfully submitted,

*/s/ John T. Cox III*
John T. Cox III, Lead Counsel
Texas Bar No. 24003722
tcox@lynnllp.com
Christopher J. Schwegmann
Texas Bar No. 24031515
cjs@lynnllp.com
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone:     214.981.3800
Facsimile:       214.981.3839

and

John Flood
Texas Bar No. 07155910
john@floodandflood.com
**FLOOD & FLOOD**
802 N. Carancahua, Suite 900
Corpus Christi, Texas 78401
Telephone:     361.654.8877
Facsimile:       361.654.8879

**ATTORNEYS FOR PLAINTIFF
TEXASFILE, LLC**

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff has conferred with counsel for Defendant, and Defendant's counsel is not opposed to the relief requested in this motion.

Certified to on December 11, 2013, by

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and copy of the foregoing document has been served upon all counsel of record via ECF on December 11, 2013

*/s/ Christopher J. Schwegmann*
Christopher J. Schwegmann