IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXASFILE, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:13-cv-00635 |
| | § | |
| TYLER TECHNOLOGIES, INC., | § | |
| d/b/a TEXFILE.COM, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S COUNTERCLAIM**

Having considered Plaintiff's Motion to Extend Deadline to Answer or Otherwise Respond to Defendant's Counterclaim, this Court, after having considered said Motion, is of the opinion that it should be GRANTED in all respects. It is therefore,

ORDERED, ADJUDGED, AND DECREED that Plaintiff's deadline to answer or otherwise respond to Defendant's counterclaim is hereby extended to December 20, 2013.

**SIGNED this 16th day of December, 2013.**

_____
AMOS L. MAZZANT
UNITED STATES MAGISTRATE JUDGE