IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **TexasFile, LLC,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Cause No.:  4:13-CV-00635 |
| **Tyler Technologies, Inc., d/b/a** | § | |
| **TexFile.com** | § | |
| | § | |
| Defendant. | § | |

---

**AGREED JOINT MOTION TO DISMISS WITH PREJUDICE**

---

TO THIS HONORABLE COURT:

Plaintiff TexasFile, LLC and Defendant Tyler Technologies, Inc. hereby file this Agreed Joint Motion to Dismiss With Prejudice.  All matters in controversy between Plaintiff and Defendant have been fully compromised and settled, and those parties no longer desire to prosecute their respective claims and counterclaims.  Accordingly, Plaintiff and Defendant respectfully request that their respective claims and counterclaims against each other be dismissed with prejudice.

WHEREFORE, the parties request that the Court grant this Agreed Joint Motion to Dismiss With Prejudice and enter the Agreed Order of Dismissal With Prejudice as proposed by these parties, with costs and attorney's fees taxed against the party incurring same.

---

DATED: January 6, 2014 Respectfully submitted,

*s/ John T. Cox III*
John T. Cox III, Lead Counsel
Texas Bar No. 24003722
tcox@lynnllp.com
Christopher J. Schwegmann
Texas Bar No. 24031515
cjs@lynnllp.com
**LYNN TILLOTSON PINKER & COX, L.L.P.**
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
(214) 981-3800  Telephone
(214) 981-3839  Facsimile

John Flood
Texas Bar No. 07155910
john@floodandflood.com
**FLOOD & FLOOD**
802 N. CARANCAHUA, Suite 900
Corpus Christi, Texas 78401
(361) 654-8877  Telehone
(361) 654-8879  Facsimile

**ATTORNEYS FOR PLAINTIFF**

- *And -*

---

**AGREED JOINT MOTION TO DISMISS WITH PREJUDICE** Page 2

/s/ *John F. Sullivan III*
Craig Budner
Texas State Bar No. 03313730
craig.budner@klgates.com
Jennifer Klein Ayers
Texas State Bar No. 24069322
jennifer.ayers@klgates.com
**K&L GATES LLP**
1717 Main Street, Suite 2800
Dallas, Texas  75201
214.939.5500  Telephone
214.939.5849  Facsimile

John F. Sullivan III
Texas State Bar No. 19485010
john.sullivan@klgates.com
**K&L GATES LLP**
1000 Main Street, Suite 2550
Houston, Texas  77002
713.815.7330  Telephone
713.815.7301  Facsimile

**ATTORNEYS FOR DEFENDANT
TYLER TECHNOLOGIES INC.**