IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| TexasFile, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | Cause No.: 4:13-CV-00635 |
| Tyler Technologies, Inc., d/b/a § | |
| TexFile.com § | |
| § | |
| Defendant. § | |

## AGREED ORDER TO DISMISS WITH PREJUDICE

On this day, came on for consideration Plaintiff TexasFile, LLC and Defendant Tyler Technologies, Inc.'s Agreed Joint Motion to Dismiss with Prejudice. The Court, finding cause for the same is of the opinion that the Agreed Joint Motion should be granted and that all claims, causes of action and counterclaims heretofore asserted by Plaintiff against Defendant and by Defendant against Plaintiff should be and hereby are dismissed with prejudice.

Therefore, it is ORDERED that all claims, causes of action, and counterclaims asserted by Plaintiff against Defendant and by Defendant against Plaintiff are hereby DISMISSED WITH PREJUDICE and all costs and attorneys' fees shall be borne by the parties incurring same.

IT IS SO ORDERED.

_____
PRESIDING JUDGE