**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| TEXASFILE, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO.  4:13cv635 |
| | § | Judge Clark/Judge Mazzant |
| TYLER TECHNOLOGIES, INC., | § | |
| D/B/A TEXFILE.COM, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL

Before the court is the parties' Agreed Joint Motion to Dismiss With Prejudice [Doc. #13].  In the motion, the parties move for dismissal of the case, with prejudice.

It is **ORDERED** that the Agreed Joint Motion to Dismiss With Prejudice [Doc. #13] is **GRANTED**.  The court further **ORDERS** that all claims, causes of action, and counterclaims asserted by Plaintiff against Defendant and by Defendant against Plaintiff are **DISMISSED** with prejudice.  It is further **ORDERED** that all costs and attorneys' fees shall be borne by the parties incurring same.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

 So **ORDERED** and **SIGNED** this **8**   day of **January, 2014.**

_____
Ron Clark, United States District Judge

1